**CONTINENTAL CASUALTY CO., Appellant, v. UNITED STATES of America For the Use and Benefit of TOBIN QUARRIES, Inc.**

**No. 11518.**

Circuit Court of Appeals, Eighth Circuit.
July 24, 1939.

William O. Reeder, of St. Louis, Mo., for appellant.

Roy W. Crimm, of Kansas City, Mo., and Otto O. Fickeissen, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, per stipulation of parties.

**DARDANELLE SCHOOL DISTRICT NO. 15 et al., Appellants, v. CITY NATIONAL BANK et al.**

**No. 11510.**

Circuit Court of Appeals, Eighth Circuit.
June 5, 1939.

Parker Parker, of Dardanelle, Ark., for appellants.

James B. McDonough, of Fort Smith, Ark., for appellees.

PER CURIAM.

Petition of appellants for allowance of appeal from United States District Court denied.

**Henry J. DERR et al., Appellants, v. Morgan I. HURLEY et al.**

**No. 11371.**

Circuit Court of Appeals, Eighth Circuit.
March 22, 1939.

Louis Kranitz, of St. Joseph, Mo., for appellants.

Charles H. Mayer and Floyd M. Sprague, both of St. Joseph, Mo., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellees at costs of appellants.

**Sidney J. DILLON, as Trustee and President of Cooperative Trust Shares, et al., Appellants, v. SECURITIES AND EXCHANGE COMMISSION.**

**No. 11470.**

Circuit Court of Appeals, Eighth Circuit.
Sept. 8, 1939.

George Cosson and Frank J. Comfort, both of Des Moines, Iowa, for appellants.

Chester T. Lane and James R. Sharp, both of Washington, D. C., and G. Gale Roberson, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.